IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLE JOE HALL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:10-cv-509-ID |
| ) | |
| ) | |
| J.A. KELLER, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. No. 18) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION of the Magistrate Judge is ADOPTED. It is further ORDERED that the 28 U.S.C. § 2241 petition for habeas corpus relief is DISMISSED without prejudice because of Petitioner's failure to exhaust administrative remedies in accordance with the procedures established by the BOP. A separate judgment shall issue.

Done this 5th day of November, 2010.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE